# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN HAZLERIGG,** : | |
| Plaintiff: | **CIVIL ACTION NO. 3:17-2157** |
| v : | |
| | **(JUDGE MANNION)** |
| **CORRECTIONAL CARE, INC,** : | |
| *et al.*, | |
| Defendants : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's complaint is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: December 28, 2017

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2157-01-ORDER.wpd